FILED 14 JAN '26 [illegible]USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-**00008-AN |
| **v.** | **INDICTMENT** |
| [redacted]<br>**JUAN FRANCISCO OLIVO ESTRADA,**<br>[redacted]<br>**GUSTAVO OSORIO ARCE,**<br>[redacted]<br>[redacted] **and**<br>[redacted] | **21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846**<br><br>**Forfeiture Allegation**<br><br>**UNDER SEAL** |
| **Defendants.** | |

UNDER SEAL.

**COUNT 1**
**(Conspiracy to Distribute Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846)**

Beginning on an unknown date but no later than on or before the month of April 2025, and continuing until an unknown date but ending no earlier than the date of this indictment, in the District of Oregon and elsewhere, defendants [redacted] **GUSTAVO OSORIO ARCE,** [redacted] and [redacted] and other coconspirators whose identities are known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree with each

other to distribute and possess with intent to distribute 500 grams of more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(A)(viii) and 846.

## COUNT 2
### (Conspiracy to Distribute Methamphetamine)
### (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846)

Beginning on an unknown date but no later than on or before the month of April 2025, and continuing until an unknown date but ending no earlier than the date of this indictment, in the District of Oregon and elsewhere, defendants [redacted] and **JUAN FRANCISCO OLIVO ESTRADA** and other coconspirators whose identities are known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute and possess with intent to distribute 500 grams of more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(A)(viii) and 846.

## FIRST FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendants [redacted] **GUSTAVO OSORIO ARCE,** [redacted] and [redacted] shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds

obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

**SECOND FORFEITURE ALLEGATION**

Upon conviction of the controlled substance offense alleged in Count 2 of this Indictment, defendants [redacted] and **JUAN FRANCISCO OLIVO ESTRADA** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

**SUBSTITUTE ASSETS**

If any forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

///

///

///

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: January 13, 2026.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:
SCOTT E. BRADFORD
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney